Samuel P. Miller, Trading as All-Vac Steam Control System, Appellant, v. 110 South Dearborn Street Corporation, Appellee.

Gen. No. 41,231.

Heard in second division, first district, this court at June term, 1940; opinion filed July 1, 1941. Teller, Levit, Silvertrust & Levi, for appellant; Julian I. Silvertrust and H. J. Goldberger, of counsel; Decker & Golden, for appellee; Herbert Decker and Seymour R. Blankstein, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."